UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, a minor, and JENNIFER MITCHELL, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 09-CV-50167 |
| BARRY BARNES, M.D., FREEPORT MEMORIAL HOSPITAL, a corporation, and FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

AMENDED COMPLAINT

COUNT I – BARRY BARNES, M.D - NEGLIGENCE

NOW COME the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, by their attorneys, CLARK, JUSTEN, ZUCCHI & FROST, LTD., and for their complaint against the Defendant, BARRY BARNES, M.D., state as follows:

1. This Court has jurisdiction of this matter based on diversity of citizenship as contained in 28 USC, § 1332, in that the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, a minor, and JENNIFER MITCHELL, individually, are residents and citizens of Delavan, County of Walworth, State of Wisconsin, and the Defendant, BARRY BARNES, M.D., is a resident and citizen of and practices medicine as a general surgeon in Freeport, Stephenson County, Illinois.

1

    2.       The matter of controversy herein exceeds, exclusive of interest and costs, the sum of $75,000.00.

    3.       That on or about October 18, 2007, JENNIFER MITCHELL, took SHIANNE MITCHELL, a minor, to Dr. Greg Harmston, at FHN Family Healthcare Services in Mt. Carroll, Illinois, for a painful lump in her right breast.

    4.       That on or about October 31, 2007, Dr. Greg Harmston of FHN Family Healthcare Services, Mt. Carroll, Illinois, referred SHIANNE MITCHELL to BARRY BARNES, M.D., a general surgeon at FHN Family Healthcare Services in Freeport, Illinois.

    5.       That on or about November 9, 2007, BARRY BARNES, M.D., performed a surgical excision of a subareolar mass in the left breast of SHIANNE MITCHELL.

    6.       That at all times relevant hereto, BARRY BARNES, M.D., had the duty to possess and apply the knowledge and use the skill ordinarily used by reasonably well-qualified general surgeons in the same or similar circumstances.

    7.       That BARRY BARNES, M.D. was then and there negligent in one or more of the following ways:

    A.       Did not perform any diagnostic studies such as an ultrasound of the mass in Shianne Mitchell's right breast before performing surgery to remove it;

    B.       Did not perform a needle biopsy of the mass in Shianne Mitchell's right breast before performing surgery to remove it.

    C.       Did not make a differential diagnosis that Shianne could have been a Tanner II prior to performing surgery. His first diagnosis should have been breast bud.

    D.       Performed an unnecessary major amputation of Shianne's right breast bud.

    E.       Should have known that breast cancer in children is extremely rare and not moved to that conclusion without proper diagnostic testing.

    F.       Should not have undertaken the care of Shianne when there are high level care centers in the area to which he could have referred her.

8. That as a direct and proximate result of the aforesaid negligence of the Defendant, BARRY BARNES, M.D., SHIANNE MITCHELL, a minor sustained severe and permanent bodily injuries, both internally and externally, suffered pain in the past and will continue to suffer pain in the future, has been scarred and disfigured and will be further scarred and disfigured in the future, has sustained loss of her normal life, and will require reconstructive surgical procedures in the future. Further, the Plaintiffs have become liable for large sums of money for medical and surgical expenses and will become liable for large sums of money for future medical and surgical expenses.

WHEREFORE, the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, pray for judgment against the Defendant, BARRY BARNES, M.D., in a sum in excess of $75,000.00, plus costs of suit.

COUNT II – FREEPORT MEMORIAL HOSPITAL,
a corporation –NEGLIGENCE

NOW COME the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, by her attorneys, CLARK, JUSTEN, ZUCCHI & FROST, LTD., and for their complaint against the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation, state as follows:

1. This Court has jurisdiction of this matter based on diversity of citizenship as contained in 28 USC, § 1332, in that the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, a minor, and JENNIFER MITCHELL, individually, are residents and citizens of Delavan, Walworth County, State of Wisconsin, and the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation, are residents and citizens of and doing business in and around Freeport, Stephenson County, Illinois, providing health care, surgical

services and hospital services to patients from their various service addresses in and around Freeport, Stephenson County, Illinois, including the FHN Family Healthcare Center, Freeport, Illinois, FHN Family Healthcare Center, Mt. Carroll, Illinois, and Freeport Memorial Hospital, Freeport, Illinois.

  2. The matter of controversy herein exceeds, exclusive of interest and costs, the sum of $75,000.00.

  3. That at all times pertinent hereto, Defendant, BARRY BARNES, M.D., was an employee, agent or apparent agent of the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation.

  4. That on or about October 18, 2007, JENNIFER MITCHELL, took SHIANNE MITCHELL, a minor, to Dr. Greg Harmston, at FHN Family Healthcare Center, in Mt. Carroll, Illinois, for a painful lump in her right breast.

  5. That on or about October 31, 2007, Dr. Greg Harmston of FHN FAMILY HEALTHCARE SERVICES, Mt. Carroll, Illinois, referred SHIANNE MITCHELL to BARRY BARNES, M.D., of FHN Family Healthcare Services, Freeport, Illinois, a general surgeon employed by and/or an agent or apparent agent of FREEPORT MEMORIAL HOSPITAL, a corporation.

  6. That on or about November 9, 2007, BARRY BARNES, M.D., performed a surgical excision of a subareolar mass in the left breast of SHIANNE MITCHELL.

  7. That at all times relevant hereto, the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation. by and through its agents and employees, had the duty to possess and apply the knowledge and use the skill ordinarily used by reasonably well-qualified healthcare providers in the same or similar circumstances.

4

8. That Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation, by and through its employee, agent or apparent agent, BARRY BARNES, M.D., was then and there negligent in one or more of the following ways:

   A. Did not perform any diagnostic studies such as an ultrasound of the mass in Shianne Mitchell's right breast before performing surgery to remove it;

   B. Did not perform a needle biopsy of the mass in Shianne Mitchell's right breast before performing surgery to remove it.

   C. Did not make a differential diagnosis that Shianne could have been a Tanner II prior to performing surgery. His first diagnosis should have been breast bud.

   D. Performed an unnecessary major amputation of Shianne's right breast bud.

   E. Should have known that breast cancer in children is extremely rare and not moved to that conclusion without proper diagnostic testing.

   F. Should not have undertaken the care of Shianne when there are high level care centers in the area to which he could have referred her.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation, by and through its employee, agent or apparent agent, BARRY BARNES, M.D., SHIANNE MITCHELL, a minor, a minor sustained severe and permanent bodily injuries, both internally and externally, suffered pain in the past and will continue to suffer pain in the future, has been scarred and disfigured and will be further scarred and disfigured in the future, has sustained loss of her normal life, and will require reconstructive surgical procedures in the future. The Plaintiffs have become liable for large sums of money for medical and surgical expenses and will become liable for large sums of money for future medical and surgical expenses.

WHEREFORE, the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, pray for judgment against

the Defendant, FREEPORT MEMORIAL HOSPITAL, a corporation, in a sum in excess of $75,000.00, plus costs of suit.

### COUNT III – FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation - NEGLIGENCE

NOW COME the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, by her attorneys, CLARK, JUSTEN, ZUCCHI & FROST, LTD., and for their complaint against the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, state as follows:

1. This Court has jurisdiction of this matter based on diversity of citizenship as contained in 28 USC, § 1332, in that the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, a minor, and JENNIFER MITCHELL, individually, are residents and citizens of Delavan, Walworth County, State of Wisconsin, and the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, is a resident and citizen of and doing business in and around Freeport, Stephenson County, Illinois, providing health care, surgical services and hospital services to patients from their various service addresses in and around Freeport, Stephenson County, Illinois, including the FHN Family Healthcare Center, Freeport, Illinois, FHN Family Healthcare Center, Mt. Carroll, Illinois, and Freeport Memorial Hospital, Freeport, Illinois.

2. The matter of controversy herein exceeds, exclusive of interest and costs, the sum of $75,000.00.

3. That at all times pertinent hereto, Defendant, BARRY BARNES, M.D., was an employee, agent or apparent agent of the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation.

4. That on or about October 18, 2007, JENNIFER MITCHELL, took SHIANNE MITCHELL, a minor, to Dr. Greg Harmston, at FHN Family Healthcare Center, in Mt. Carroll, Illinois, for a painful lump in her right breast.

5. That on or about October 31, 2007, Dr. Greg Harmston of FHN Family Healthcare Services in Mt. Carroll, Illinois, referred SHIANNE MITCHELL to BARRY BARNES, M.D., of FHN Family Healthcare Services, Freeport, Illinois, a general surgeon employed by and/or the agent or apparent agent of FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation.

6. That on or about November 9, 2007, BARRY BARNES, M.D., performed a surgical excision of a subareolar mass in the left breast of SHIANNE MITCHELL.

7. That at all times relevant hereto, the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, by and through its agents and employees had the duty to possess and apply the knowledge and use the skill ordinarily used by reasonably well-qualified healthcare providers in the same or similar circumstances.

8. That Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, by and through its employee, agent or apparent agent, BARRY BARNES, M.D., was then and there negligent in one or more of the following ways:

    A. Did not perform any diagnostic studies such as an ultrasound of the mass in Shianne Mitchell's right breast before performing surgery to remove it;

    B. Did not perform a needle biopsy of the mass in Shianne Mitchell's right breast before performing surgery to remove it.

    C. Did not make a differential diagnosis that Shianne could have been a Tanner II prior to performing surgery. His first diagnosis should have been breast bud.

    D. Performed an unnecessary major amputation of Shianne's right breast bud.

    E. Should have known that breast cancer in children is extremely rare and not moved to that conclusion without proper diagnostic testing.

  F. Should not have undertaken the care of Shianne when there are high level care centers in the area to which he could have referred her.

  9. That as a direct and proximate result of the aforesaid negligence of the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, by and through its employee, agent or apparent agent, BARRY BARNES, M.D., SHIANNE MITCHELL, a minor, a minor sustained severe and permanent bodily injuries, both internally and externally, suffered pain in the past and will continue to suffer pain in the future, has been scarred and disfigured and will be further scarred and disfigured in the future, has sustained loss of her normal life, and will require reconstructive surgical procedures in the future. The Plaintiffs have become liable for large sums of money for medical and surgical expenses and will become liable for large sums of money for future medical and surgical expenses.

  WHEREFORE, the Plaintiffs, JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, and JENNIFER MITCHELL, individually, pray for judgment against the Defendant, FREEPORT REGIONAL HEALTH CARE FOUNDATION, a corporation, in a sum in excess of $75,000.00, plus costs of suit.

          JENNIFER MITCHELL, mother and next friend
          of SHIANNE MITCHELL, a minor, and
          JENNIFER MITCHELL, individually,

          BY CLARK, JUSTEN, ZUCCHI & FROST, LTD.

           /s/Kevin P. Justen

         BY_____
          KEVIN P. JUSTEN

Kevin P. Justen
CLARK, JUSTEN, ZUCCHI & FROST, LTD.
7320 N. Alpine Rd.
Rockford, IL 61111
PH: 815-962-6144
Fax: 815-962-6153

8

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF WINNEBAGO      )

## PROOF OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Lisa Munch
Attorney Jennifer Johnson
Hinshaw & Culbertson
P.O. Box 1389
Rockford, IL  61105

the attorney(s) of record to the above cause, by enclosing same in an envelope addressed to such attorney(s) at his business address as set forth above, with postage fully prepaid and by depositing said envelope(s) in the U.S. Mail at Rockford, Illinois, at or about the hour of 5:00 P.M. on the  4th  day of  November , 2009.

                                              /s/Jean Apgar

Subscribed and sworn to before me

this 4th day of November, 2009.

/s/Susan K. Lenz

Notary Public