IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JENNIFER MITCHELL, mother and next friend of SHIANNE MITCHELL, a minor and JENNIFER MITCHELL, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>BARRY BARNES, M.D., FREEPORT MEMORIAL HOSPITAL, a corporation, and FREEPORT REGIONAL HEALTHCARE FOUNDATION, a corporation,<br><br>        Defendants. | Case No.: 09 CV 50167<br><br>Magistrate: Mahoney<br>Judge: Kapala |

## STIPULATION TO DISMISS

    NOW COMES the Plaintiff, Jennifer Mitchell, individually and as mother and next friend of Shianne Mitchell, a minor, by and through her attorneys, Clark, Justen, Zucchi & Frost, Ltd., and the Defendants, Barry Barnes, M.D., Freeport Memorial Hospital, a corporation, and Freeport Regional Healthcare Foundation, a corporation, by and through their attorneys, Hinshaw & Culbertson LLP, and hereby stipulate and agree that this action shall be dismissed with prejudice and that an Order of Dismissal with prejudice may be entered by the Court upon presentment of this Stipulation without further notice. It is further stipulated and agreed that each party shall bear their own costs, all costs having been paid.

Barry Barnes, M.D., Freeport Memorial Hospital, a corporation, and Freeport Regional Healthcare Foundation, a corporation,

By: Hinshaw & Culbertson LLP, their attorneys,

By: _____

Jennifer Mitchell, individually and as mother and next friend of Shianne Mitchell, a minor,

By: Clark, Justen, Zucchi & Frost, Ltd., her attorneys,

By: _____

Prepared By:
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900